IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARGIE N. BROWN,
                              PLAINTIFF

v.                          Case No. 4:07-cv-4039

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                        DEFENDANT

## JUDGMENT

Comes now the Court on this the 2nd day of April 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                  /s/   Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  U.S. MAGISTRATE JUDGE